U.S. Bankruptcy Court, Southern District of Florida - Returned Mail Notice, In re: Rafael M Abreu, Case Number: 10-47471, AJC, Ref: [p-92287670]

From: "USBankruptcyCourts@noticingcenter.com" <USBankruptcyCourts@noticingcenter.com>
To: snglawcourt@yahoo.com

Tuesday, February 23, 2016 3:03 PM

1 Files  16KB  Download All
PDF 16KB
R_P11047
471CGFD
400239.P

Save

**Notice of Returned Mail to Debtor/Debtor's Attorney**
February 23, 2016
From: United States Bankruptcy Court, Southern District of Florida
Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Rafael M Abreu, Case Number 10-47471, AJC

TO THE DEBTOR/DEBTOR'S ATTORNEY:
The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.
NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.
If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

U.S. Bankruptcy Court
Miami

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:
Innovis
P.O. Box 1358
Columbus, OH 43216-1358

THE UPDATED ADDRESS IS:
PO BOX 1640
PITTSBURG, PA 15230-1640

Signature of Debtor or Debtor's Attorney    Date 2/25/16

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.